Cite as 2021 Ark. 69

# SUPREME COURT OF ARKANSAS

IN RE APPOINTMENT OF MEMBER
TO THE COMMITTEE ON
PROFESSIONAL CONDUCT

**Opinion Delivered:** April 1, 2021

**PER CURIAM**

Effective April 1, 2021, the following new member is appointed to the Supreme Court Committee on Professional Conduct for an initial six-year term that expires on December 31, 2026:

> Panel A – Heather G. Zachary, attorney, Little Rock, Second Congressional District

The Court expresses its appreciation to Ms. Zachary for her willingness to serve on this important Committee. The Court also expresses its appreciation to Lisa Ballard for her service on the Committee.